UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**ANHINGA LIMITED,**

    **Plaintiff,**

**v.**

**FLORIDA FAMILY INSURANCE COMPANY**

    **Defendant.**

**CASE NO. 2:23-cv-00821-JLB-NPM**

### JOINT NOTICE OF SETTLEMENT

    Plaintiff, Anhinga Limited, and the Defendant, Florida Family Insurance Company, hereby file this Joint Notice of Settlement to advise the Court that the parties met, conferred, and arrived at a mutually agreeable resolution of all claims contained within the pleadings. The Parties respectfully request the Court enter a sixty (60) day conditional order of dismissal to finalize and conclude the terms of the settlement, saving jurisdiction over this matter to reinstate should settlement not be perfected. Upon completion of settlement, the parties shall file a Joint Stipulation of Dismissal with Prejudice within fourteen (14) days.

Dated: June 11, 2024

Respectfully submitted:

**NIELSEN & TREAS, LLC**

/s/ Zareen Zaidi
John A. Unzicker, Jr.
FLBA No. 320366
Zareen Zaidi
FLBA No. 1041187
Ben Keener
FLBA No. 35974
3838 North Causeway Blvd.Suite 2850
Metairie, Louisiana 70002
P: 504-837-2500; F: 504-603-0730
Email: junzicker@nt-lawfirm.com
Email: zzaidi@nt-lawfirm.com
*Counsel for Defendant*

And

**LONG & LONG P.C.**

/s/ Jennifer Perez
Jennifer Perez
Florida Bar No. 1023208
Amanda Gehring
Florida Bar No. 0096795
3600 Springhill Memorial Dr N
Mobile, AL 36608
Phone: (251) 445-6000
Email: jperez@longandlong.com
insurance@longandlong.com

*Attorneys for Plaintiff*

2